Judge Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                     )<br>                        Plaintiff,    )<br>                                                     )<br>            v.                                    )<br>                                                     )<br>KEVIN PATRICK YENSEN,       )<br>                                                     )<br>                        Defendant.  )<br>_____) | NO.  CR05-0153Z<br><br>ORDER CONTINUING<br>TRIAL DATE |

THIS MATTER came before the Court on the stipulated motion by the parties for an Order continuing the trial date from June 20, 2005, until July 25, 2005.  The motion is brought on the grounds that, although the parties have acted diligently, they require additional time to complete discovery in this case, specifically, the examination of certain fingerprinting and handwriting evidence; that the proposed continuance will permit the parties to receive and consider the results from those examinations; and that the extension would allow the defense and the government the reasonable time necessary for adequate and effective preparation, taking into account the exercise of due diligence.

Having considered these arguments from the parties, and all other matters of record, and being fully advised in the premises,

THE COURT HEREBY FINDS that, for the reasons set forth in the parties stipulated motion, the ends of justice to be served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A).  NOW THEREFORE,

ORDER CONTINUING TRIAL DATE/YENSEN - 1
(CR05-0153Z)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1    IT IS HEREBY ORDERED that the stipulated motion of the parties to continue
2 the trial herein from June 20, 2005, until July 25, 2005, is hereby GRANTED.
3    IT IS FURTHER ORDERED that, following the defendant's execution of a
4 Waiver of the Speedy Trial Act in this regard, the period of delay from June 20, 2005,
5 until July 25, 2005, shall be excludable, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), (B)(ii)
6 and (B)(iv), for the purpose of computing the time limitations imposed by the Speedy
7 Trial Act, 18 U.S.C. §§ 3161.
8    DATED this 17th day of June, 2005.

10              /s/ Thomas S. Zilly
11              UNITED STATES DISTRICT JUDGE

13 Presented by:

15 s/ Lawrence Lincoln
   LAWRENCE LINCOLN
16 Assistant United States Attorney
   United States Attorney's Office
17 700 Stewart Street, Suite 5220
   Seattle, WA 98101
18 Telephone: (206) 553-4127
   Fax: (206) 553-2422
19 E-mail: lawrence.lincoln@usdoj.gov

ORDER CONTINUING TRIAL DATE/YENSEN - 2
(CR05-0153Z)